**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-00137-TFM-10** |
| | * | |
| **TYRONE DANSBY, et al.** | * | |

**UNITED STATES' BILL OF PARTICULARS**
**FOR FORFEITURE OF ASSETS**

The United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, files this bill of particulars for forfeiture of assets in accordance with Rule 32.2(a) of the Federal Rules of Criminal Procedure.

On August 28, 2024, a grand jury in the Southern District of Alabama returned an indictment charging 10 defendants with conspiracy to possess with intent to distribute methamphetamine (actual), conspiracy to possess with intent to distribute cocaine, and other charges. Doc. 8-1. The indictment included a forfeiture notice. *Id.*, PageID.178–82. Pursuant to that notice and Rule 32.2(a), the United States notifies the defendants that it is seeking forfeiture of the following specific property:

1. One black 2019 Ford F-150 King Ranch Super Crew 4X4, Vehicle Identification Number 1FTEW1E4XKFC29114, seized from defendant **TYRONE DANSBY**.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ Justin D. Roller*
Justin D. Roller
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441-5845
justin.roller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the defendants.

*/s/ Justin D. Roller*
Justin D. Roller
Assistant United States Attorney